**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ISAAC E. GREEN**                                                   **PLAINTIFF**
**ADC #101665**

**V.**                              **NO. 4:25-cv-00630-ERE**

**ESTELLA BLAND**                                                    **DEFENDANT**

## <u>ORDER</u>

*Pro se* plaintiff Isaac E. Green, formerly an Arkansas Division of Correction

("ADC") inmate, filed this 42 U.S.C. § 1983 case. *Doc. 2*. I previously determined

that Mr. Green stated an Eighth Amendment medical deliberate indifference claim

against Defendant Estella Bland. *Doc. 3*.

On January 16, 2026, Mr. Green filed a notice of change of address indicating

that he has been released from custody and is currently residing at a private address.

*Doc. 16.* In light of his release, it was unclear whether Mr. Green was still entitled

to proceed IFP.[1] As a result, on January 21, 2026, I directed the Clerk of Court to

send Mr. Green a free-world IFP application and ordered him to either: (1) return a

completed IFP application; or (2) pay the $405.00 filing fee.[2] *Doc. 17*. The January

---

[1] According to Court records, Mr. Green has not made any payments toward the filing fee assessed in June 2025. *Doc. 3*.

[2] Because Mr. Green has been released, he no longer qualifies for the reduced fee of $350.00.

21, 2026 Order specifically warned Mr. Green that his failure to comply within 30 days would likely result in the dismissal of this lawsuit. *Id.*

To date, Mr. Green has not submitted a free-world IFP application, and the time to do so has passed.

IT IS THEREFORE ORDERED THAT:

1.      Mr. Green's Complaint is DISMISSED, without prejudice, based on his failure to: (1) comply with my January 21, 2026 Order; (2) submit a completed free-world IFP form or pay the filing fee; and (3) prosecute this lawsuit.

2.      The Clerk is instructed to close this case.

Dated 26 February 2026.


_____
UNITED STATES MAGISTRATE JUDGE

2