## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ISAAC E. GREEN**                                                      **PLAINTIFF**
**ADC #101665**

**V.**                                **NO. 4:25-cv-00630-ERE**

**ESTELLA BLAND**                                                       **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITH

PREJUDICE.

SO ORDERED 26 February 2026.

_____
UNITED STATES MAGISTRATE JUDGE